Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
703 S. Eight St.
Las Vegas, NV 89101
Tel.: (702)382-2030
Fax: (702)684-5157
gmwesq@weltlaw.com

Attorneys for Plaintiff
NICOLE VEATER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE VEATER | Case No.: 2:17-cv-01505-JCM-PAL |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S MOTION FOR REVERSAL AND/OR REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Nicole Veater and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from November 5, 2017 to January 5, 2018 for Plaintiff to file a Plaintiff's motion for reversal and/or remand, with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This

-1-

request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: November 6, 2017   Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Ms. Nicole Veater

DATE:  November 6, 2017   STEVEN MYHRE
Acting United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Carolyn B. Chen*

BY: _____
Carolyn B. Chen
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

## CERTIFICATE OF SERVICE
## FOR CASE NUMBER 2:17-CV-01505-JCM-PAL

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on November 6, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE VEATER,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:17-cv-01505-JCM-PAL<br><br>{PROPOSED} ORDER ON STIPULATION |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include January 5, 2018, in which to file Plaintiff's Motion for Reversal and/or Remand; and that all other deadlines set forth in the October 6, 2017 Case Management Order shall be extended accordingly. IT IS SO ORDERED.

DATE: November 29, 2017

_____
THE HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING

3 | /s/ *Cyrus Safa*
_____

4 | Cyrus Safa
Attorney for plaintiff NICOLE VEATER

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:17-CV-01505-JCM-PAL**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the **District of Nevada** by using the CM/ECF system on November 6, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff-Appellant